Russell S. Thompson, IV (Cal. Bar No. 325944)
Thompson Consumer Law Group, PC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Rodriguez and Raymond Peralta, | Case No. 5:20-cv-00276 |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Autism Spectrum Therapies and Transworld Systems, Inc., | |
| Defendant. | |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiffs respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: September 17, 2020

Notice of Settlement - 1

Respectfully submitted,

/s/ Russell S. Thompson, IV
Russell S. Thompson, IV
(Cal. Bar No. 325944)
Thompson Consumer Law Group
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on September 17, 2020, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

    s/Russell S. Thompson, IV
    Russell S. Thompson, IV